CENTRAL GEORGIA POWER COMPANY *v.* PIPER.

EVANS, P. J. This case is controlled by the rulings made in the cases of *Central Georgia Power Company* v. *Stubbs, Central Georgia Power Company* v. *Pope,* and *Central Georgia Power Company* v. *Fincher,* on all points save that of the special demurrer to the allegation respecting damages on account of loss of services of the plaintiff's children. Such allegation was wanting in definiteness, and the special demurrer should have been sustained. See ante, 172 (80 S. E. 636), et seq.

*Judgment affirmed in part and reversed in part, with direction. All the Justices concur.*

DECEMBER 19, 1913.

---

· CENTRAL GEORGIA POWER COMPANY *v.* McMULLEN *et al.*

HILL, J. This case is controlled by the rulings in the cases of *Central Georgia Power Co.* v. *Stubbs, Central Georgia Power Co.* v. *Fincher, Central Georgia Power Co.* v. *Pope,* and *Central Georgia Power Co.* v. *Harris,* ante, 172, 186, 191 (80 S. E. 636, 642, 645).

*Judgment affirmed in part and reversed in part, with direction. All the Justices concur.*

DECEMBER 19, 1913.

---

CENTRAL GEORGIA POWER COMPANY *v.* PARKER.

EVANS, P. J. This case is controlled by the rulings in the cases of *Central Georgia Power Company* v. *Stubbs* and *Central Georgia Power Company* v. *Fincher,* upon all questions except the item of damages claimed as compensation for the annoyance and discomfort occasioned by the maintenance of a nuisance adjacent the plaintiff's premises. This is a proper element of recovery under the allegations of the petition, as held in *Swift* v. *Broyles,* 115 *Ga.* 885 (42 S. E. 277, 58 L. R. A. 390).

*Judgment affirmed. All the Justices concur.*
DECEMBER 19, 1913.